THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Patricia Dobbs,       
Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-741
Submitted October 15, 2003  Filed December 17, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Attorney General Charles H, Richardson;  and Solicitor 
 Warren Blair Giese, all of Columbia, for Respondent(s).
 
 
 

PER CURIAM:  Patricia Dobbs appeals the revocation 
 of her probation because of an additional forgery over $5,000 charge. Counsel 
 for Dobbs attached to the final brief a petition to be relieved as counsel. 
 Dye did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Dyes appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.